UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES W. WIIDEMAN et al.,

       Plaintiffs,

v.

                              Civil No. 03-70371

DAIMLERCHRYSLER CORPORATION            JOHN CORBETT O'MEARA
et al,

       Defendants.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE CAPEL'S MAY 04, 2006**
**ORDER GRANTING IN PART AND DENYING IN PART**
**PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

       The Court having reviewed the Magistrate Judge's order, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

       **IT IS ORDERED** that the Court affirms Magistrate Judge Capel's May 4, 2006 Order.

                              s/John Corbett O'Meara
                              John Corbett O'Meara
                              United States District Judge

Dated:  May 30, 2006

Copies: All attorneys of record